UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

KIMBERLY ANN ALVAREZ　　　　　　　　　　CASE NO.: 8:10-bk-29190
xxx-xx-7975　　　　　　　　　　　　　　　　Chapter 13

　　　Debtor.
_____/

**VERIFIED MOTION TO DETERMINE SECURED STATUS OF AMERICA'S WHOLESALE LENDER, INC. SERVICED BY HFC, FKA HSBC MORTGAGE CORPORATION TO STRIP LIEN AND REQUEST ADDITIONAL ATTORNEYS FEES**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within **30 days** from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Ave, Suite 555, Tampa, FL 33602-3899, and serve a copy on the movant's attorney, Robert M. Geller, 807 W. Azeele St. Tampa, FL 33606.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

　　　COMES NOW the Debtor, KIMBERLY ANN ALVAREZ, by and through her undersigned counsel, and files this Motion to Determine Secured Status of **AMERICA'S WHOLESALE LENDER, INC. SERVICED BY HFC, FKA HSBC MORTGAGE CORPORATION** and to Strip Lien pursuant to 11 U. S. C. 506, and states as follows:

　　　1. That Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on December 6, 2010.

　　　2. The Debtors owns real property located at 5306 Black Pine Drive, Tampa, Florida 33624,

and more particularly described as follows:

LOT 11, BLOCK 3, AND AN UNDIVIDED INTEREST IN LOT A, COUNTRY RUN-UNIT 1, ACCORDING TO THE MAP OR PLAT THEREOFL, AS RECORDED IN PLAT BOOK 52, PAGE 60, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

3. The real property is encumbered by two mortgages:

(a.) **BAC HOME LOANS SERVICING** account number xxxxxx4292, holds the first mortgage, recorded on August 2, 2004 in Book 14086, Page 1754, Instrument No. 2004298122 of the official records Hillsborough County. Subsequent with filing of this motion, the balance owed is $120,590.00.

(b) **AMERICA'S WHOLESALE LENDER, INC. SERVICED BY HFC, FKA HSBC MORTGAGE CORPORATION** account number xxxx9274, holds a second mortgage, recorded on August 2, 2004, in Book 14086, Pages 1773-1780, Instrument No. 2004298124 of the official records of Hillsborough County. Subsequent with filing of this motion, the balance owed is $21,920.00.

4. HFC, FKA HSBC Mortgage Corporation is now the servicer of the second mortgage held by America's Wholesale Lender, Inc.

5. Based on the Tax Bill attached hereto as Exhibit 1, the value of the Real Property is $95,253.00.

6. Accordingly, **AMERICA'S WHOLESALE LENDER, INC. SERVICED BY HFC, FKA HSBC MORTGAGE CORPORATION's** second mortgage is completely unsecured.

7. That the undersigned counsel requests additional attorneys fees for preparing this Motion and the additional time to attend any hearings.

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

(a) Granting the Motion; (b) Determining the value of the Real Property to be

$95,253.00; (c) Determining that **AMERICA'S WHOLESALE LENDER, INC. SERVICED BY HFC, FKA HSBC MORTGAGE CORPORATION**'s claim shall be treated as an unsecured claim; (d) Voiding the mortgage lien of **AMERICA'S WHOLESALE LENDER, INC. SERVICED BY HFC, FKA HSBC MORTGAGE CORPORATION** effective upon discharge; (e) Granting such other and further relief as the Court deems appropriate Lien; (f) Granting additional attorneys fees in the amount of $350.00.

I, Kimberly Ann Alvarez, declare under penalty of perjury that I have read the foregoing Motion to Determine Secured Status of **AMERICA'S WHOLESALE LENDER, INC. SERVICED BY HFC, FKA HSBC MORTGAGE CORPORATION** and that it is true and correct to the best of my information and belief.

_/s/ Kimberly A. Alvarez_               Date: 4/20/11
Kimberly Ann Alvarez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the following parties, either by electronic mail or by first class U.S. mail: to the Office of the U.S. Trustee, 501 E. Polk Street, Tampa, FL 33602, Terry E. Smith, Trustee, P.O. Box 6099, Sun City Center, FL 33571; and by certified mail, return receipt requested to National Registered Agents, Inc., Registered Agent for America's Wholesale Lender, Inc., 875 Avenue of the Americas, Suite 105, New York, NY 10001; HSBC Mortgage Corporation, c/o CT Corp System, Registered Agent, 1200 S. Pine Island Road, Plantation, FL 33324; and to The President of HFC, P.O. Box 3425, Buffalo, NY 14240-9733 this 20th day of April, 2011.

_/s/ Robert M. Geller_
Robert M. Geller, Esq.
Law Offices of Robert M. Geller, P.A.
FL Bar 588105
Attorney for Debtor
807 W. Azeele St.
Tampa, Florida 33606
(813) 254-7687